UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HOWELL, | CASE NO. C17-0368JLR |
| Plaintiff, | ORDER |
| v. | |
| FAR WEST FISHERIES LLC, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 16(b)(2) and Local Civil Rule 16(a), the court finds good cause to delay issuing both the Order Regarding Initial Disclosures and Joint Status Report and the Minute Order Setting Trial and Related Dates until such

//
//
//
//
//

ORDER - 1

time as a defendant appears in this action or there is a further order of the court. *See* Fed. R. Civ. P. 16(b)(2); Local Rules W.D. Wash. LCR 16(a).

Dated this 23RD day of May, 2017.

JAMES L. ROBART
United States District Judge